No. 79–6683. POWELL v. BOOZER, ACTING REGIONAL ADMINISTRATOR, UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 79–6684. THIEL v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 79–6685. ROE v. UNITED STATES ATTORNEY ET AL. C. A. 2d Cir. Certiorari denied. 

No. 79–6686. BOLDEN v. LOUISIANA. Sup. Ct. La. Certiorari denied. 

No. 79–6687. TARKOWSKI v. ROBERT BARTLETT REALTY Co. ET AL. C. A. 7th Cir. Certiorari denied. 

No. 79–6690. ROSADO ET AL. v. CIVILETTI, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 79–6691. THOMPSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 79–6692. ROMERO v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 79–6693. RIDEOUT v. UNITED STATES; and
No. 80–7. JABARA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 618 F. 2d 1319.

No. 79–6694. ESCALANTE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 79–6695. CARTER v. THOMAS. C. A. 5th Cir. Certiorari denied.

No. 79–6696. HARBOLT v. DEPARTMENT OF STATE ET AL. C. A. 5th Cir. Certiorari denied.